SCWC-18-0000702

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RUSSELL R. MARTIN,
Respondent/Petitioner-Appellee,

vs.

RICHARD T. KOZUMA,
Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000702; CIV. NO. 1SS18-1-00852)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Morikawa, assigned by reason of vacancy)

Petitioner/Respondent-Appellant Richard T. Kozuma's

Application for Writ of Certiorari, filed on August 26, 2020, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, October 8, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Trish K. Morikawa

